UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ZAMAMBU KINDU,

       Petitioner,

    v.                              CAUSE NO. 3:26cv669 DRL-SJF

BRIAN ENGLISH,

       Respondent.

## ORDER

The respondent, by counsel, filed a motion to alter or amend judgment pursuant to Fed. R. Civ. P. 59(e). On July 7, 2026, the court granted the habeas petition and ordered the respondent to release the petitioner and to certify compliance by July 9, 2026. In the motion to alter or amend judgment, the respondent explains that the Democratic Republic of Congo has now issued travel documents for the petitioner and that he is scheduled for removal on July 24, 2026. In light of this new information, the court will vacate the order for the respondent to release the petitioner and to certify compliance. The court will defer a ruling on this motion until the petitioner has had an opportunity to respond. The court will also order the respondents to notify the court as soon as reasonably possible if the petitioner is removed before the resolution of this motion.

For these reasons, the court:

(1) VACATES the order requiring the respondent to release Zamambu Kindu and to certify compliance (ECF 14);

(2) ORDERS Zamambu Kindu to file a response to the motion to alter or amend judgment (ECF 12) by <u>July 21, 2026</u>; and

(3) ORDERS the respondent to promptly notify the court if Zamambu Kindu is removed before the motion to alter or amend judgment is resolved.

SO ORDERED.

July 14, 2026

<u>s/ *Damon R. Leichty*            </u>
Judge, United States District Court